Jason D. Cassady (*pro hac vice*)
jcassady@caldwellcc.com
Hamad M. Hamad (*pro hac vice*)
hhamad@caldwellcc.com
Daniel R. Pearson (*pro hac vice*)
dpearson@caldwellcc.com
R. Seth Reich, Jr. (*pro hac vice*)
sreich@caldwellcc.com
CALDWELL CASSADY CURRY, PC
2121 N. Pearl Street, Suite 1200
Dallas, TX 75201
Telephone: (214) 888-4848

John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
HOPKINS & CARLEY
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800

Attorneys for Defendants
IXI MOBILE (R&D) LTD. and IXI IP, LLC

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| APPLE INC., <br>    Plaintiff, <br><br> v. <br><br> IXI MOBILE (R&D) LTD. and IXI IP, LLC., <br><br>    Defendants. | Case No. 4:19-cv-06769-HSG <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' ADMINISTRATIVE MOTION TO STAY PENDING REEXAMINATION OF U.S. PATENT NO. 7,039,033** |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> IXI MOBILE (R&D) LTD. And IXI IP, LLC., <br><br>    Defendants. | Case No. 4:19-cv-06773-HSG <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

1 | Pursuant to the Court's Standing Order in Civil Cases and Civil L.R. 7-12, Defendants IXI Mobile (R&D) Ltd. and IXI IP, LLC. ("IXI"), and Plaintiffs Apple Inc. ("Apple"), Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung"), through their respective attorneys, hereby stipulate as follows:

The parties have met and conferred, and have agreed to a one week extension of time for Defendants to respond to Apple and Samsung's Administrative Motion to Stay Pending Reexamination of U.S. Patent No. 7,039,033.

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT the deadline to respond to Apple and Samsung's Administrative Motion to Stay Pending Reexamination of U.S. Patent No. 7,039,033 is February 25, 2020.

Dated: February 18, 2020

Respectfully submitted,

CALDWELL CASSADY CURRY PC.

By: */s/ Jason D. Cassady*
    Jason D. Cassady
    Attorneys for Defendants
    IXI MOBILE (R&D) LTD. and IXI IP, LLC

DESMARAIS LLP

By: */s/ Ameet A. Modi*
    Ameet A. Modi
    Attorneys for Plaintiff
    APPLE INC.

KIRKLAND ELLIS

By: */s/ Todd M. Friedman*
    Todd M. Freidman
    Attorneys for Plaintiffs
    SAMSUNG ELECTRONICS CO., LTD., and
    SAMSUNG ELECTRONICS AMERICA, INC.

1 PURSUANT TO STIPULATION, IT IS SO ORDERED.

2 DATE: 2/19/2020

*[Signature]*

Hon. Haywood S. Gilliam, Jr.
United States District Judge

Stipulation to Extend Time to Respond to Plaintiffs' Motion to Stay         Case No. 4:19-cv-06769-HSG
Pending Reexamination of US Patent No. 7,039,003                                Case No. 4:19-cv-06773-HSG

3