John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406
*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:     (408) 998-4790

Jason D. Cassady (*pro hac vice*)
jcassady@caldwellcc.com
Hamad M. Hamad (*pro hac vice*)
hhamad@caldwellcc.com
Daniel R. Pearson (*pro hac vice*)
dpearson@caldwellcc.com
Robert Seth Reich, Jr. (*pro hac vice*)
sreich@caldwellcc.com
CALDWELL CASSADY & CURRY P.C.
2101 Cedar Springs Rd. Ste. 1000
Dallas, TX  75201
Telephone: (214) 888-4848

Attorneys for Defendants
IXI MOBILE (R&D) LTD. and IXI IP, LLC
Additional counsel in signature block

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>IXI MOBILE (R&D) LTD. and IXI IP, LLC,<br><br>Defendants. | CASE NO.  4:19-cv-06773-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING IXI'S SECOND AMENDED ANSWER AND COUNTERCLAIMS** |

Plaintiffs Apple Inc. (hereinafter "Apple"), Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") and Defendants IXI Mobile (R&D) Ltd. and IXI IP, LLC (collectively "IXI" or "Defendants") submit this Joint Stipulation Regarding IXI's Second Amended Answer and Counterclaims.

- WHEREAS, on October 18, 2019, Apple and Samsung filed actions seeking, inter alia, declaratory judgment of non-infringement (D.I. 1 in 4:19-cv-06769 (Apple); D.I. 1 in 3:19-cv-06773 (Samsung));

- WHEREAS, on February 24, 2020, IXI filed its original answer and counterclaims in each case (D.I. 62 in 4:19-cv-06769 (Apple); D.I. 47 in 3:19-cv-06773 (Samsung));

- WHEREAS, on March 16, 2020, Apple and Samsung moved to dismiss under Fed. R. Civ. P. 12(b)(6) for failure to state a claim regarding willful infringement and enhanced damages (D.I. 65 in 4:19-cv-06769 (Apple); D.I. 50 in 3:19-cv-06773 (Samsung));

- WHEREAS, on March 23, 2020, IXI filed a first amended answer and counterclaim in each case (D.I. 68 in 4:19-cv-06769 (Apple); D.I. 53 in 3:19-cv-06773 (Samsung);

- WHEREAS, on April 6, 2020, Apple and Samsung moved to dismiss IXI's first amended answer and counterclaims under Fed. R. Civ. P. 12(b)(6) for failure to state a claim regarding willful infringement and enhanced damages (D.I. 69 in 4:19-cv-06769 (Apple); D.I. 54 in 3:19-cv-06773 (Samsung));

- WHEREAS, IXI hereby represents that it does not currently assert willful infringement in these actions, nor does it currently seek enhanced damages based on any alleged willful infringement;

- WHEREAS, Fed. R. Civ. P. 15(a)(2) allows a party to amend its pleading with the opposing party's written consent;

THEREFORE, the parties stipulate that, in order to resolve the motions to dismiss, IXI will amend its answers and counterclaims by April 24, 2020 to remove references to enhanced damages (*e.g.*, Paragraph (f) of the Prayer for Relief in each case), that Apple and Samsung do not oppose such amendment, that Apple and Samsung will file answers to counterclaims asserted

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

614\3511256.1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING IXI'S SECOND AMENDED ANSWER AND COUNTERCLAIMS
4:19-CV-06773-HSG

1  in IXI's second amended answers by May 15, 2020.  IXI asserts that it may move for leave to file
2  amended answers and counterclaims based on discovery obtained in these actions, and although
3  Apple and Samsung do not believe any basis exists for any such motion, Apple and Samsung
4  reserve the right to oppose such requested relief should IXI request leave to amend at a later date
5  based on discovery.

614\3511256.1

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING IXI'S SECOND AMENDED ANSWER AND COUNTERCLAIMS
4:19-CV-06773-HSG

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

| | | |
|---|---|---|
| 1 | Dated: April 20, 2020 | KIRKLAND & ELLIS LLP |
| 2 | | |
| 3 | | By: */s/ Todd M. Friedman* |
| 4 | | Gregory S. Arovas, P.C. (admitted *pro hac vice*) |
| | | Todd M. Friedman, P.C. (admitted *pro hac vice*) |
| 5 | | KIRKLAND & ELLIS LLP |
| | | 601 Lexington Avenue |
| 6 | | New York, New York 10022 |
| | | Telephone: (212) 446-4800 |
| 7 | | Facsimile: (212) 446-4900 |
| | | greg.arovas@kirkland.com |
| 8 | | todd.friedman@kirkland.com |

David Rokach (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (212) 862-2200
david.rokach@kirkland.com

Brandon Brown
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
brandon.brown@kirkland.com

Attorneys for Plaintiffs
SAMSUNG ELECTRONICS CO., LTD., and
SAMSUNG ELECTRONICS AMERICA, INC.

Dated: April 20, 2020       HOPKINS & CARLEY
                            A Law Corporation


By: */s/ John V. Picone III*
John V. Picone III
Attorneys for Defendants
IXI MOBILE (R&D) LTD. and IXI IP, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  4/21/2020               _____
                               Hon. Haywood S. Gilliam, Jr.
                               United States District Judge

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

614\3511256.1                         - 3 -
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING IXI'S SECOND AMENDED ANSWER AND COUNTERCLAIMS
                                                                              4:19-CV-06773-HSG