John M. Desmarais (CA SBN 320875)
Emily H. Chen (CA SBN 302966)
DESMARAIS LLP
101 California Street, Suite 3070
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901
jdesmarais@desmaraisllp.com
echen@desmaraisllp.com

[Additional Counsel Listed on Signature Page]

*Counsel for Apple Inc.*

Gregory S. Arovas, P.C. (admitted *pro hac vice*)
Todd M. Friedman, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
greg.arovas@kirkland.com
todd.friedman@kirkland.com

[Additional Counsel Listed on Signature Page]

*Counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

APPLE INC.

Plaintiffs,

v.

IXI MOBILE (R&D) LTD., et al.,

Defendants.

Case No. 4-19-cv-06769-HSG

**UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PER CIVIL L.R. 3-12 FILED BY SAMSUNG ELECS. CO., LTD. ET AL. AND APPLE INC.**

SAMSUNG ELECTRONICS CO., LTD., et al.

Plaintiffs,

v.

IXI MOBILE (R&D) LTD., et al.,

Defendants.

Case No. 4-19-cv-06773-HSG

Plaintiffs Apple Inc. (“Apple”) and Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (“Samsung”) (collectively “Plaintiffs”) respectfully file this Unopposed Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil L. R. 3-12. Plaintiffs have conferred with Defendants, who have indicated that they do not oppose this motion.

## I. TITLE AND CASE NUMBERS OF EACH POTENTIALLY RELATED CASE

- *Apple Inc. v. IXI Mobile (R&D) Ltd., et al.*, No. 5:20-cv-04050-NC (“*Apple* DJ II”) (filed June 18, 2020);
- *Samsung Elecs. Co., et al.* v. *IXI Mobile (R&D) Ltd., et al.*, No. 5:20-cv-04047-VKD (“*Samsung* DJ II”) (filed June 18, 2020);
- *Apple Inc. v. IXI Mobile (R&D) Ltd., et al.*, No. 4:19-cv-6769-HSG (“*Apple* DJ I”) (filed October 18, 2019); and
- *Samsung Elecs. Co., et al.* v. *IXI Mobile (R&D) Ltd., et al.*, No. 4:19-cv-6773-HSG (“*Samsung* DJ I”) (filed October 18, 2019).

## II. RELATIONSHIP OF THE ACTIONS PER CIVIL L.R. 3-12(a)

Civ. L.R. 3-12(b) provides that if a party knows or learns that an action, filed or removed to this district, is related or may be related to an action already pending, or previously pending, in this district, the party must file an administrative motion for related case consideration. Cases are related if: (1) they concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. Civ. L.R. 3-12(a).

Both the *Apple* DJ I and *Apple* DJ II cases involve the same parties: IXI Mobile (R&D) Ltd., IXI IP, LLC, and Apple. Both the *Samsung* DJ I and the *Samsung* DJ II cases involve the same parties: IXI Mobile (R&D) Ltd., IXI IP, LLC, Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. Both the *Apple* DJ I and *Samsung* DJ I cases involve the same patent, U.S. Patent No. 7,039,033 (the “’033 Patent”). Both the *Apple* DJ II and *Samsung* DJ II cases involve the same patent, U.S. Patent No. 7,295,532 (the “’532 Patent”).

The procedural history of litigation between the parties is set forth in a previous Order of the Court in the original litigations between the parties, which were captioned *IXI Mobile (R&D) Ltd. et al. v. Samsung Electronics Co., Ltd., et al*., Case No. 4:15-cv-03752-HSG (N.D. Cal.) (hereinafter "*IXI v. Samsung* Original Litigation") and *IXI Mobile (R&D) Ltd., et al. v. Apple Inc*., Case No. 4:15-cv-03755-HSG (N.D. Cal.) (hereinafter "*IXI v. Apple* Original Litigation"). *See IXI v. Apple* Original Litigation, Order Denying Plaintiffs' Motion for Leave to Amend Infringement Contentions and Asserted Claims, Dkt. 187 (Oct. 11, 2019); Joint Case Management Statement, Dkt. 189 (Oct. 15, 2019). Several points are briefly reiterated here.

**The '033 Patent:** On December 21, 2016, in response to petitions for *inter partes* review filed by Apple and Samsung, the PTAB issued Final Written Decisions invalidating all of the instituted claims of the '033 Patent. *See IXI v. Apple* Original Litigation, Letter to the Court Regarding Update on IPR, Dkt. 128 (Dec. 28, 2016). IXI appealed, and the Federal Circuit affirmed the PTAB's decision on September 10, 2018. While IXI's appeal of the '033 Final Written Decision was pending, IXI requested an *ex parte* reexamination of the '033 Patent. During the *ex parte* reexamination, IXI amended claim 56 and added claims 57 through 124 to the '033 Patent. On February 1, 2018, the USPTO issued a reexamination certificate that granted IXI these additional claims. On June 28, 2019, Samsung requested an *ex parte* reexamination of the new claims of the '033 Patent. That reexamination request was granted, and the reexamination is currently in progress.

**The '532 Patent:** On December 21, 2016, in response to petitions for *inter partes* review filed by Apple and Samsung, the PTAB issued Final Written Decisions invalidating all instituted claims of the '532 Patent. *See IXI v. Apple* Original Litigation, Letter to the Court Regarding Update on IPR, Dkt. 128 (Dec. 28, 2016). On April 3, 2018, Apple requested an *ex parte* reexamination of certain claims of the '532 Patent. In response to rejection by the USPTO of all challenged claims, IXI cancelled or amended the challenged claims and added new claims. On June 17, 2020, the USPTO issued a reexamination certificate that granted IXI certain additional claims.

**The *Apple* DJ I case and the *Samsung* DJ I case:** IXI moved to amend its infringement contentions in the *IXI v. Apple* Original Litigation and the *IXI v. Samsung* Original Litigation in order to add an unspecified number of claims of the ’033 Patent issued through reexamination and (at that time) pending claims of the ’532 Patent. *IXI v. Apple* Original Litigation, Dkts. 157, 166. The Court denied IXI’s motion, without reaching the question of whether IXI’s proposed assertion is barred by *res judicata*, and stating that if IXI “want[s] to enforce their newly-minted claims, they can try to do so in a new case.” *IXI v. Apple Original Litigation*, Dkt. 187. As a result, only one claim (of the ’532 patent) remained, and the parties subsequently stipulated to dismissal of the Original Litigations. *See, e.g., IXI v. Apple* Original Litigation, Dkt. 212. To obtain a resolution of IXI’s assertions concerning the reexamined claims of the ’033 patent, on October 18, 2019, Apple and Samsung filed declaratory judgment complaints—the *Apple* DJ I case and the *Samsung* DJ I case—relating to IXI’s ’033 Patent and related issues. The *Apple* DJ I case and the *Samsung* DJ I case are currently pending in this Court and have already been deemed related to each other.

**The *Apple* DJ II case and the *Samsung* DJ II case**: In May 2020, the USPTO posted a notice indicating its intent to issue certain claims from the reexamination of the ’532 Patent. On June 2, 2020, Apple and Samsung inquired whether IXI intended to assert any of the claims of the ’532 Patent obtained in reexamination, and if so, whether IXI would agree to an amendment to add those claims to the existing litigations between the parties (*i.e.*, the *Apple* DJ I case and the *Samsung* DJ I case). On June 4, 2020, IXI responded that it was unwilling to discuss these issues nor provide the requested information. To obtain a resolution regarding IXI’s assertions, on June 18, 2020, Apple and Samsung filed their declaratory judgment complaints relating to IXI’s ’532 Patent.

**The DJ cases should all be deemed related:** In addition to the foregoing, Plaintiffs note that IXI originally asserted the ’532 Patent and the ’033 Patent in the *IXI v. Apple* Original Litigation and the *IXI v. Samsung* Original Litigation. IXI has previously argued that it believes (in its Motion to Amend, which was denied by the Court) that there is overlap between the subject matter of the ’532

Patent and ’033 Patent. *See, e.g.*, *IXI v. Apple* Original Litigation, IXI’s Motion for Leave to Amend Its Infringement Contentions, Dkt. 157 at 7 (Mar. 7, 2019). Plaintiffs also believe that the *Apple DJ II* and *Samsung DJ II* cases will involve issues of claim construction that overlap with the already-related *Apple DJ I* and *Samsung DJ I* cases currently pending in this Court. Plaintiffs therefore submit for the Court’s consideration whether a basis may exist to relate the *Apple* DJ II and *Samsung* DJ II cases with the previously-filed *Apple* DJ I and *Samsung* DJ I cases.

Dated: June 30, 2020

*/s/ Ameet A. Modi*

John M. Desmarais (CA SBN 320875)
Emily H. Chen (CA SBN 302966)
DESMARAIS LLP
101 California Street, Suite 3070
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901
jdesmarais@desmaraisllp.com
echen@desmaraisllp.com

Ameet A. Modi (admitted *pro hac vice*)
Cosmin Maier (admitted *pro hac vice*)
Brian D. Matty (admitted *pro hac vice*)
Francesco D. Silletta (admitted *pro hac vice*)
Joze Welsh (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401
amodi@desmaraisllp.com
cmaier@desmaraisllp.com
bmatty@desmaraisllp.com
fsilletta@desmaraisllp.com
jwelsh@desmaraisllp.com

*Counsel for Apple Inc.*

*/s/ Todd M. Friedman*

Gregory S. Arovas, P.C. (admitted *pro hac vice*)
Todd M. Friedman, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

greg.arovas@kirkland.com
todd.friedman@kirkland.com

David Rokach (admitted *pro hac vice*)
G. William Foster (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (212) 862-2200
david.rokach@kirkland.com
billy.foster@kirkland.com

Brandon Brown
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
brandon.brown@kirkland.com

*Counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PER CIVIL L.R. 3-12 FILED BY SAMSUNG ELECS. CO., LTD. ET AL. AND APPLE INC.

-5-

Case Nos. 4-19-cv-06769-HSG, 4-19-cv-06773-HSG

**DECLARATION UNDER CIVIL L.R. 7-11(a)**

Under Civil L.R. 7-11(a), the undersigned declares that counsel for Apple Inc. and Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. have conferred with counsel of record for each of the cases that are the subject of this UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PER CIVIL L.R. 3-12 and that counsel for every party in *Apple Inc. v. IXI Mobile (R&D) Ltd., et al.*, No. 5:20-cv-04050-NC; *Samsung Elecs. Co., et al. v. IXI Mobile (R&D) Ltd., et al.*, No. 5:20-cv-04047-VKD; *Apple Inc. v. IXI Mobile (R&D) Ltd., et al.*, No. 4:19-cv-6769-HSG; and *Samsung Elecs. Co., et al. v. IXI Mobile (R&D) Ltd., et al.*, No. 4:19-cv-6773-HSG do not oppose this motion.

*/s/ Todd M. Friedman*
Todd M. Friedman

**ECF ATTESTATION**

I, Todd M Friedman, am the ECF User whose ID and password are being used to file this UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PER CIVIL L.R. 3-12. In compliance with General Order 45, X.B., I hereby attest that Ameet A. Modi has concurred in this filing.

*/s/ Todd M. Friedman*
Todd M. Friedman