| | |
|---|---|
| John M. Desmarais (CA SBN 320875)<br>Emily H. Chen (CA SBN 302966)<br>DESMARAIS LLP<br>101 California Street, Suite 3070<br>San Francisco, CA 94111<br>Tel: (415) 573-1900<br>Fax: (415) 573-1901<br>jdesmarais@desmaraisllp.com<br>echen@desmaraisllp.com | Gregory S. Arovas, P.C. (admitted *pro hac vice*)<br>Todd M. Friedman, P.C. (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>greg.arovas@kirkland.com<br>todd.friedman@kirkland.com |
| [Additional Counsel Listed on Signature Page]<br>*Counsel for Apple Inc.* | [Additional Counsel Listed on Signature Page]<br>*Counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.<br><br>Plaintiffs,<br><br>v.<br><br>IXI MOBILE (R&D) LTD., et al.,<br><br>Defendants. | Case No. 4-19-cv-06769-HSG<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PER CIVIL L.R. 3-12 FILED BY SAMSUNG ELECS. CO., LTD. ET AL. AND APPLE INC.** |
| SAMSUNG ELECTRONICS CO., LTD., et al.<br><br>Plaintiffs,<br><br>v.<br><br>IXI MOBILE (R&D) LTD., et al.,<br><br>Defendants. | Case No. 4-19-cv-06773-HSG |

Before the Court is the Unopposed Administrative Motion To Consider Whether Cases Should Be Related Per Civil L.R. 3-12 Filed By Samsung Elecs. Co., Ltd. et al. and Apple Inc. Plaintiffs Apple Inc. ("Apple") and Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") (collectively "Plaintiffs") have conferred with Defendants IXI Mobile (R&D) Ltd. and IXI IP, LLC , who have indicated that they do not oppose this motion to relate the following cases:

- *Apple Inc. v. IXI Mobile (R&D) Ltd., et al.*, No. 5:20-cv-04050-NC ("*Apple* DJ II") (filed June 18, 2020);

- *Samsung Elecs. Co., et al.* v. *IXI Mobile (R&D) Ltd., et al.*, No. 5:20-cv-04047-VKD ("*Samsung* DJ II") (filed June 18, 2020);

- *Apple Inc. v. IXI Mobile (R&D) Ltd., et al.*, No. 4:19-cv-6769-HSG ("*Apple* DJ I") (filed October 18, 2019); and

- *Samsung Elecs. Co., et al.* v. *IXI Mobile (R&D) Ltd., et al.*, No. 4:19-cv-6773-HSG ("*Samsung* DJ I") (filed October 18, 2019).

Both the *Apple* DJ I and *Apple* DJ II cases involve the same parties: IXI Mobile (R&D) Ltd., IXI IP, LLC, and Apple. Both the *Samsung* DJ I and the *Samsung* DJ II cases involve the same parties: IXI Mobile (R&D) Ltd., IXI IP, LLC, Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. Both the *Apple* DJ I and *Samsung* DJ I cases involve the same patent, U.S. Patent No. 7,039,033 (the "'033 Patent"). Both the *Apple* DJ II and *Samsung* DJ II cases involve the same patent, U.S. Patent No. 7,295,532 (the "'532 Patent").

NOW, THEREFORE, IT IS ORDERED that, for the reasons stated in the Administrative Motion To Consider Whether Cases Should Be Related Per Civil L.R. 3-12 Filed By Samsung Elecs. Co., Ltd. et al. and Apple Inc., the motion is GRANTED and the following cases are related to the above-captioned actions pursuant to Civil L. R. 3-12:

- *Apple Inc. v. IXI Mobile (R&D) Ltd., et al.*, No. 5:20-cv-04050-NC;

- *Samsung Elecs. Co., et al.* v. *IXI* Mobile *(R&D) Ltd., et al.*, No. 5:20-cv-04047-VKD;

1  IT IS SO ORDERED.

2

3       Dated:

4                                                    _____
                                                     HON. HAYWOOD S. GILLIAM, JR.
                                                     United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  [PROPOSED] ORDER GRANTING ADMINISTRATIVE        -2-        Case Nos. 4-19-cv-06769-HSG, 4-19-cv-06773-HSG
    MOTION TO CONSIDER WHETHER CASES SHOULD BE
28  RELATED PER CIVIL L.R. 3-12 FILED BY SAMSUNG
    ELECS. CO., LTD. ET AL. AND APPLE INC.