| | |
|---|---|
| Gregory S. Arovas, P.C. (admitted *pro hac vice*) <br> Todd M. Friedman, P.C. (admitted *pro hac vice*) <br> KIRKLAND & ELLIS LLP <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 <br> greg.arovas@kirkland.com <br> todd.friedman@kirkland.com <br><br> [Additional Counsel Listed on Signature Page] <br><br> *Counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* | Jason D. Cassady (*pro hac vice*) <br> jcassady@caldwellcc.com <br> Hamad M. Hama (*pro hac vice*) <br> hhamad@caldwellcc.com <br> Daniel R. Pearson (pro hac vice) <br> dpearson@caldwellcc.com <br> Robert Seth Reich, Jr. (*pro hac vice*) <br> sreich@caldwellcc.com <br> Bailey A. Blaies (*pro hac vice*) <br> bblaies@caldwellcc.com <br> CALDWELL CASSADY & CURRY <br> 2121 N. Pearl Street, Suite 1200 <br> Dallas, TX 75201 <br> Telephone: (214) 888-4848 <br><br> John V. Picone III, Bar No. 187226 <br> jpicone@hopkinscarley.com <br> HOPKINS & CARLEY <br> P.O. Box 1469 <br> San Jose, CA 95109-1469 <br> Telephone: (408) 286-9800 <br><br> *Counsel for IXI MOBILE (R&D) LTD. and IXI IP, LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IXI MOBILE (R&D) LTD. and IXI IP, LLC, <br><br> Defendants. | Case No. 4:19-cv-06773-HSG (Lead Case) <br> Case No. 4:20-cv-04047-HSG <br><br> **JOINT STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE** |

1  Plaintiffs Samsung Electronics Co, Ltd. and Samsung Electronics America, Inc. ("Plaintiffs") and Defendants IXI Mobile (R&D) Ltd. and IXI IP, LLC ("Defendants") have agreed to settle the above matter, and therefore jointly stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss with prejudice all claims and counterclaims between the parties.  Plaintiffs and Defendants shall each bear their own attorneys' fees, expenses, and costs.  All other relief requested between the parties should be denied as moot.

| | | |
|---|---|---|
| 1 | Dated: November 4, 2021 | Respectfully submitted, |
| 2 | | KIRKLAND & ELLIS LLP |
| 3 | | |
| 4 | | By: */s/ Todd M. Friedman*<br>Gregory S. Arovas, P.C. (admitted *pro hac vice*)<br>Todd M. Friedman, P.C. (admitted *pro hac vice*) |
| 5 | | KIRKLAND & ELLIS LLP<br>601 Lexington Avenue |
| 6 | | New York, New York 10022<br>Telephone: (212) 446-4800 |
| 7 | | Facsimile: (212) 446-4900<br>greg.arovas@kirkland.com |
| 8 | | todd.friedman@kirkland.com |
| 9 | | David Rokach (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP |
| 10 | | 300 N. LaSalle<br>Chicago, Illinois 60654 |
| 11 | | Telephone: (312) 862-2000<br>Facsimile: (212) 862-2200 |
| 12 | | david.rokach@kirkland.com |
| 13 | | Brandon Brown<br>KIRKLAND & ELLIS LLP |
| 14 | | 555 California Street<br>San Francisco, California 94104 |
| 15 | | Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| 16 | | brandon.brown@kirkland.com |
| 17 | | *Counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |
| 18 | | |
| 19 | Dated: November 4, 2021 | By: */s/ Jason D. Cassady*<br>John V. Picone III, Bar No. 187226<br>jpicone@hopkinscarley.com |
| 20 | | Jennifer S. Coleman, Bar No. 213210<br>jcoleman@hopkinscarley.com |
| 21 | | HOPKINS & CARLEY<br>A Law Corporation |
| 22 | | The Letitia Building<br>70 South First Street |
| 23 | | San Jose, CA 95113-2406 |
| 24 | | Jason D. Cassady (*pro hac vice*)<br>jcassady@caldwellcc.com |
| 25 | | Hamad M. Hama (*pro hac vice*)<br>hhamad@caldwellcc.com |
| 26 | | Daniel R. Pearson (pro hac vice)<br>dpearson@caldwellcc.com |
| 27 | | Robert Seth Reich, Jr. (*pro hac vice*)<br>sreich@caldwellcc.com |
| 28 | | |

Bailey A. Blaies (*pro hac vice*)
bblaies@caldwellcc.com
CALDWELL CASSADY & CURRY
2121 N. Pearl Street, Suite 1200
Dallas, TX 75201
Telephone: (214) 888-4848

*Counsel for IXI MOBILE (R&D) LTD. and IXI IP, LLC*

### ECF ATTESTATION

I, Todd M. Friedman, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order regarding Voluntary Dismissal with Prejudice. In compliance with General Order 45, X.B., I hereby attest that Jason Cassady has concurred in this filing.

Dated: November 4, 2021

By: KIRKLAND & ELLIS LLP

*/s/ Todd M. Friedman*
Todd M. Friedman

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: 11/5/2021

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

STIPULATED DISMISSAL | 3 | Case No. 4:19-cv-06773-HSG
Case No. 4:20-cv-04047-HSG